# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        **-vs-**                                          **Case No. 06-CR-54**

**EARL T. MORROW,**

        **Defendant.**

## ORDER

The defendant in the above-captioned case, Earl T. Morrow ("Morrow"), brought two motions to suppress evidence. Magistrate Judge William Callahan denied both motions. Morrow now appeals only the ruling on the motion to suppress evidence acquired as a result of the execution of the search warrant.

The Court has read the Magistrate Judge's Recommendation, the submissions of the parties on the appeal, and reviewed the record and rules as follows. The Court finds that Magistrate Judge Callahan's analysis of the facts surrounding the issuance and execution of the warrant is correct. The Court also finds that Magistrate Judge Callahan was correct in his application of the legal standards and therefore in his finding of probable cause for its issuance and execution. The Court adopts Magistrate Judge Callahan's conclusions and rationale for those conclusions. Morrow's motion to suppress is denied.

Dated at Milwaukee, Wisconsin, this 15th day of September, 2006.

                                              **SO ORDERED,**

                                              **s/ Rudolph T. Randa**
                                              **HON. RUDOLPH T. RANDA**
                                              **Chief Judge**